UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA THAYER,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIN COUNTY SUPERIOR COURT,<br><br>    Defendant. | Case No. 18-cv-01505-MEJ<br><br>**ORDER TO SHOW CAUSE** |

On March 9, 2018, Plaintiff Cynthia Thayer filed the instant complaint. To date, no proof of service of the summons and complaint has been filed. "If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

Accordingly, pursuant to Rule 4(m), the Court ORDERS Plaintiff to show cause, in writing and no later than June 21, 2018, why this case should not be dismissed for failure to serve within the time required by Rule 4(m). <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff does not intend to prosecute, and the case will be dismissed without prejudice.</u> Thus, it is imperative that the Court receive a written response by the deadline above.

    **IT IS SO ORDERED.**

Dated: June 11, 2018

                                                                       _____

                                                                       MARIA-ELENA JAMES<br>
                                                                       United States Magistrate Judge