UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CYNTHIA THAYER,

    Plaintiffs,

v.

MARIN COUNTY SUPERIOR COURT,

    Defendants.

Case No. 18-cv-01505-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: April 5, 2019 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: August 30, 2019.

DESIGNATION OF EXPERTS: September 6, 2019; REBUTTAL: September 27, 2019;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: October 11, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; October 18, 2019;
    Opp. Due: November 1, 2019; Reply Due: November 8, 2019;
    and set for hearing no later than November 22, 2019 at 9:00 AM.

PRETRIAL CONFERENCE DATE: December 17, 2019 at 3:30 PM.

January 13, 2020 TRIAL DATE: Jury at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be n/a days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to one of the following Magistrate-Judges for settlement purposes: 1) Laurel Beeler, 2) Sallie Kim, and 3) Elizabeth Laporte. The settlement conference shall occur prior to March 15, 2019. Discovery is stayed pending the settlement conference.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 12/14/18

_____
SUSAN ILLSTON
United States District Judge