ASIT S. PANWALA (SBN: 224118)
**LAW OFFICE OF ASIT PANWALA**
4 Embarcadero Center, Ste 1400
San Francisco, California 94111
Telephone: (415) 766-3526
asit@panwalalaw.com

Attorney for Plaintiff CYNTHIA THAYER

KATHERINE A. ALBERTS (SBN: 212825)
**LEONE & ALBERTS**
A Professional Corporation
1390 Willow Pass Road, Suite 700
Concord, CA 94520

Attorney for Defendant
SUPERIOR COURT OF CALIFORNIA,
COUNTY OF MARIN

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA THAYER, an individual, | Case No.: 3:18-cv-01505-SI |
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISSAL FRCP 41(a)(1)** |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN, a public entity, and DOES 1-10 inclusive, | |
| Defendants. | |

TO THE HONORABLE COURT:

Please take notice that the Parties have executed a settlement agreement in this matter, that Plaintiff is in receipt of the settlement payment, and the Parties stipulate to dismissing the above-captioned case with prejudice with each party bearing its own attorney's fees, experts' fees and costs.

Dated:  January 2, 2020                        **LAW OFFICE OF ASIT PANWALA**

/s/  Asit S. Panwala
Asit S. Panwala, Esq.
Attorney for Plaintiff Cynthia Thayer

Dated: January 2, 2020                        **LEONE & ALBERTS**

/s/ Katherine A. Alberts
Attorney for Defendant
Superior Court of California,
County of Marin

I, Asit Panwala, am the ECF User whose ID and password are being used to file this STIPULATION TO DISMISSAL.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Katherine A. Alberts has concurred in this filing.

/s/ Asit Panwala

**ORDER**

The Parties report that they executed a settlement in this matter, that Plaintiff is in receipt of the settlement payment, and the Parties stipulate to dismissal of the case with prejudice with each party bearing its own attorney's fees, experts' fees and costs. The Parties also request that all currently set dates be taken off calendar.

Based on the representation of the Parties, IT IS HEREBY ORDERED THAT:

1. The matter is dismissed with prejudice.
2. All currently set dates are taken off calendar.

Date: January  6 , 2020

_Susan Ilston_
Hon. Susan Ilston
Judge of the U.S. District Court
Northern District of California